**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-07-BK-00016-GBN |
| | ) |
| TEAM TWO DESIGN ASSOCIATES, INC., | ) Chapter 7 |
| | ) |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3010 | 12/21/10 | Maria Garcia Marquez<br>4901 W. Highland Ave.<br>Phoenix, AZ 85031 | $211.81 |

Dated this 23rd day of February, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee