**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>TEAM TWO DESIGN ASSOCIATES, INC.,<br><br>Debtors.<br>_____ | Case No. 2:07-bk-00016-GBN<br><br>Chapter 7<br><br>**AMENDED APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address, and there is no other address for this claimant on file with the court.

The claimant, Maria Garcia Marquez ("Claimant"), filed a priority claim for wages due in the sum of $1,800.50. As set forth in Trustee's Final Report, the pro rata distribution on Claimant's priority claim amounts to $314.50. As required by law, Trustee withheld amounts due for Social Security, Medicare, and income taxes (both state and federal), and has paid the withholdings to the IRS and the state of Arizona. The net wage claim payable to the Claimant amounts to $211.81, and is the sum that Trustee wishes to deposit with the Court. The break down of the funds distributed is as follows:

1

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3010 | 12/21/10 | Maria Garcia Marquez<br>4901 W. Highland Ave.<br>Phoenix, AZ 85031 | $314.50 Gross<br>-$19.50 *Social Security*<br>-$62.90 *Federal*<br>-$4.56 *Medicare*<br>-$15.73 *State*<br>_____<br>**$211.81 -Net Pay and total deposited with court** |

Dated this 24th day of February, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

2